427 A.2d 1231

Commonwealth ex rel. Mary F. v. Ann P. H.

Appeal of Mary F.

Submitted September 13, 1979. Willis V. Berry, Jr., for appellant; Sylvan D. Einhorn, for appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The order of the lower court is hereby affirmed.

427 A.2d 1231

Commonwealth ex rel. Osmolski v. Osmolski, Appellant.

Submitted September 13, 1979. Stephen M. Foxman, for appellant; George Reed, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Order affirmed.